AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darrel C Berry<br>*Plaintiff*<br>v.<br>Michael J. Astrue, Commissioner of Social Security<br>*Defendant* | Civil Action No. 3:09-cv-00126-CMC-JRM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The decision of Michael J. Astrue, Commissioner of Social Security, is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §§ 405 (g) and 1383 ( c)(3) for further action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Cameron McGowan Currie, United States District Judge, who adopted the Report and Recommendation of the Honorable Joseph R. McCrorey, United States Magistrate Judge, reversing the decision of the Commissioner and remanding the case pursuant to sentence four of 42 U.S.C. §§ 405 (g) and 1383 ( c)(3) for further action.

Date:   March  12, 2010

*CLERK OF COURT*

s/Caitlin M. Williams

*Signature of Clerk or Deputy Clerk*